pay it on demand. Until there has been an accounting by the executrix and a decision made with respect thereto, it cannot be determined whether or not the negligence attributed to the defendant is actionable.

I dissent and vote to reverse the order denying defendant's motion for summary judgment and dismissal of the complaint and to grant the motion.

THE JOHN BERGER & SON COMPANY, Appellant, v. JOHN H. DUYS, Respondent. — In an action to recover on a written guaranty, order denying plaintiff's motion to strike out defendant's answer and for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

BOSSOM DAIRY CO., INC., Appellant, v. ROCKDALE CREAMERY CORP., Respondent.— In an action to recover a sum of money representing a rebate on the price of milk purchased by plaintiff of defendant, the defendant has interposed the defense that the agreement alleged in the complaint is illegal and void and in contravention of the laws of the State of New York. Order granting motion of the defendant for judgment on the pleadings in its favor affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur. [171 Misc. 657.]

ELLIOTT L. BROWN and CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustees under the Last Will and Testament of J. ROMAINE BROWN, Deceased, Appellants, v. ARTHUR E. MUTH, Respondent, and Others, Defendants.— In an action to foreclose a mortgage, order confirming the report of an official referee which recommended that plaintiffs' application for a deficiency judgment be denied, and denying plaintiffs' cross-motion to remit the matter to the official referee for a further report, unanimously affirmed, with ten dollars costs and disbursements. (*Heiman* v. *Bishop*, 272 N. Y. 83.) Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

HAROLD CONVOY, Appellant, v. FRED WEINOLD, as President of Local Union No. 45 of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Being an Unincorporated Association Consisting of More than Seven Members, Respondent.— In an action to compel the reinstatement of the plaintiff as a member in good standing in the defendant association, judgment was granted dismissing the plaintiff's complaint on the merits. The plaintiff appealed. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

WALTER W. DAVIDSON, Appellant, v. FRED WEINOLD, as President of Local Union No. 45 of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Being an Unincorporated Association Consisting of More than Seven Members, Respondent. — In an action to compel the reinstatement of the plaintiff as a member in good standing in the defendant association, judgment was granted dismissing the plaintiff's complaint on the merits. The plaintiff appealed. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

FRANK FLACK, an Infant, by BENJAMIN FLACK, His Guardian ad Litem, and BENJAMIN FLACK, Respondents, v. STAHL-MEYER, INC., Appellant, and SARAH